1  Alex L. Fugazzi
   Nevada Bar No. 9022
2  Casey G. Perkins
   Nevada Bar No. 12063
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: afugazzi@swlaw.com
6  Email: cgperkins@swlaw.com

7  Attorneys for Defendant
   LIBERTY MUTUAL INSURANCE COMPANY
8
                    **UNITED STATES DISTRICT COURT**
9
                           **DISTRICT OF NEVADA**
10

11 | JAIME GIRON,                          | CASE NO. 2:14-cv-00025-RCJ-GWF
12 |                    Plaintiffs,        |
13 |       vs.                             | **STIPULATION AND ORDER FOR**
   |                                       | **DISMISSAL WITH PREJUDICE**
14 | LIBERTY MUTUAL INSURANCE              |
   | COMPANY, DOES I-V and ROES VI-X,      |
15 | inclusive,                            |
   |                    Defendants.        |
16

17

18         IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JAIME GIRON

19  and Defendant LIBERTY MUTUAL INSURANCE COMPANY, through their respective

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  counsel of record, that this matter shall be dismissed in its entirety, with prejudice. The parties
2  further stipulate and agree that each party shall bear their own costs and attorneys' fees.
3  DATED this 6th day of March, 2014.    DATED this 1 day of March, 2014.

SNELL & WILMER L.L.P.                    DE CASTROVERDE LAW GROUP

By: _____              By: _____
Alex L. Fugazzi                          Alex J. De Castroverde
Nevada Bar No. 9022                      Nevada Bar No. 6950
Casey G. Perkins                         Orlando De Castroverde
Nevada Bar No. 12063                     Nevada Bar No. 7320
3883 Howard Hughes Pkwy., Ste. 1100      Kimberly Valentin
Las Vegas, NV 89169                      Nevada Bar No. 12509
                                         1149 S. Maryland Parkway
Attorneys for Defendant                  Las Vegas, NV 89104
LIBERTY MUTUAL FIRE
INSURANCE COMPANY                        Attorneys for Plaintiff
                                         JAIME GIRON

## ORDER

IT IS SO ORDERED.

Dated this 12th day of March, 2014.

_____
U.S. DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Alex L. Fugazzi
Nevada Bar No. 9022
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

- 2 -